UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VICTOR HUGO QUINTANA CHAGOLLA,<br><br>Petitioner,<br>v.<br>JOHN MATTOS, *et al.*,<br><br>Respondents. | Case No. 2:25-cv-02435-MMD-EJY<br><br>ORDER |

Petitioner Victor Hugo Quintana Chagolla, immigration detainee, filed a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1-1 ("Petition").) Following a preliminary review of the Petition, the Court directs that the Petition be served on Respondents and orders Respondents to file a response.

Therefore, it is hereby kindly ordered that the Clerk of Court:

1. Deliver a copy of the Petition (ECF No. 1-1) and this Order to the U.S. Marshal for service.

2. Add the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. Send, through CM/ECF, a copy of the Petition (ECF No. 1-1) and this Order to the United States Attorney's Office for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, Summer.johnson@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. Mail a copy of the Petition (ECF No. 1-1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    1) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528
    2) Pamela Bondi, Attorney General of the United States, 950

Pennsylvania Avenue, NW, Washington, DC, 20530

3) Todd Lyons, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536

4) Michael Bernacke, U.S. Immigration Customs Enforcement and Removal Operations, 501 S. Las Vegas Blvd. Ste 200, Las Vegas, NV 89101

5) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

It is further ordered that the U.S. Marshal serve a copy of the Petition (ECF No. 1-1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is further ordered that counsel for Respondents file a notice of appearance within three days of the date of this Order and file and serve their response to the Petition within ten days of the date of this Order, unless additional time is allowed for good cause shown.

It is further ordered that Petitioner has seven days following the filing of the response to file a reply.

DATED THIS 11th Day of December, 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE